UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LEONARD AZEVEDO, | No. 2:18-cv-2690 KJN P |
| Petitioner, | |
| v. | ORDER |
| COLUSA COUNTY, | |
| Respondent. | |

Petitioner, a county jail inmate proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

Petitioner challenges his 2016 conviction in the Colusa County Superior Court for violation of California Penal Code § 69 resisting executive officer, but references two different criminal case numbers: CR58243 and CR58244. The court's own records reveal that on August 13, 2018, petitioner filed a petition challenging the same 2016 conviction in CR58243. (No. 2:18-cv-2276 AC).[1] Petitioner is advised that he must raise all challenges to one conviction in the

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

same federal case. To the extent petitioner raises new challenges to CR58243 in the instant petition that were not included in his federal petition filed in No. 2:18-cv-2276 AC, petitioner must seek leave to file an amended petition in No. 2:18-cv-2276 AC to raise any new claims therein.

Similarly, petitioner may challenge only one conviction in one federal action. Therefore, if petitioner intends to challenge his conviction in CR58244, he must file an amended petition raising only claims relevant to CR58244. In other words, even though it appears petitioner was sentenced on November 23, 2016, in both Colusa County cases, he must pursue separate federal petitions if he wishes to challenge such convictions.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis is granted;

2. The petition for writ of habeas corpus is dismissed with leave to amend; and

3. Petitioner is granted thirty days in which to file a petition challenging only his conviction in CR58244.

Dated: October 16, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

azev2690.lta