UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LEONARD AZEVEDO, | No. 2:18-cv-2690 KJN P |
| Petitioner, | |
| v. | ORDER |
| COLUSA COUNTY, | |
| Respondent. | |

Petitioner is a county jail inmate, proceeding pro se. By order filed October 16, 2018, petitioner was directed to file an amended petition raising only claims relevant to his conviction sustained in Case No. CR58244. On November 13, 2018, petitioner filed a request for status indicating that he had received nothing since the filing of this action. Good cause appearing, the Clerk of the Court is directed to send petitioner a copy of the October 16, 2018 order, as well as the forms necessary for filing a petition for writ of habeas corpus. Petitioner is granted an additional thirty days in which to comply with the October 16, 2018 order.

IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send petitioner a copy of the October 16, 2018 order (ECF No. 6), and the form for filing a petition for writ of habeas corpus; and

////

////

2. Petitioner is granted thirty days in which to comply with the October 16, 2018 order. Petitioner is cautioned that failure to timely comply will result in the dismissal of this action.

Dated: November 26, 2018

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/azev2690.111