UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LEONARD AZEVEDO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>COLUSA COUNTY,<br><br>　　　　Respondent. | No. 2:18-cv-2690 KJN P<br><br><br>ORDER |

Petitioner is a former county jail inmate, proceeding pro se. By order filed October 16, 2018, petitioner was directed to file an amended petition raising only claims relevant to his conviction sustained in Case No. CR58244. On November 27, 2018, petitioner was granted an additional thirty days in which to comply with the October 16, 2018 order. On December 21, 2018, petitioner filed a request for status, alleging that his mail was being tampered with, and on January 2, 2019, petitioner filed a change of address, noting his transfer to state prison. In an abundance of caution, the Clerk of the Court will be directed to send petitioner a copy of the October 16, 2018 order, and petitioner is granted one final extension of time in which to file an amended petition in compliance with such order. Failure to timely comply will result in a recommendation that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

////

1. The Clerk of the Court is directed to send petitioner a copy of the October 16, 2018 order (ECF No. 6), and the form for filing a petition for writ of habeas corpus; and

2. Petitioner is granted thirty days in which to comply with the October 16, 2018 order. Petitioner is cautioned that failure to timely comply will result in the dismissal of this action.

Dated: January 8, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/azev2690.eot2