UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LEONARD AZEVEDO, | No. 2:18-cv-2690 KJN P |
| Petitioner, | |
| v. | ORDER |
| COLUSA COUNTY, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, petitioner's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a); see also Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254.

Dated: January 25, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

azev2690.159